UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.                             ORDER ADOPTING
                                REPORT AND RECOMMENDATION

Bruce Wilson Dow, Sr.,

        Defendant.         Crim. No. 10-65 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That the Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 22] is denied.


DATED: June 30, 2010                                s/Michael J. Davis
At Minneapolis, Minnesota                  Michael J. Davis, Chief Judge
                                                        United States District Court